```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4
 5  Attorney for Material Witnesses
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 SOUTHERN DISTRICT OF CALIFORNIA
10                     (Honorable Leo S. Papas)
11  UNITED STATES OF AMERICA,   )  CASE NO. 08MJ0843
                                )
12                  Plaintiff,  )
                                )  DECLARATION OF THOMAS G. GILMORE
13  vs.                         )  IN SUPPORT OF MOTION FOR
                                )  VIDEOTAPE DEPOSITION AND
14  MARTIN ORTIZ-CASTANEDA,     )  SUBSEQUENT VOLUNTARY DEPORTATION
                                )  OF MATERIAL WITNESSES
15                              )
                                )  DATE: April 15, 2008
16                  Defendant.  )  TIME: 9:30 a.m.
    _____)  PLACE: Courtroom of Magistrate
17                                         Leo S. Papas
```

18      I, Thomas G. Gilmore declare:

19      I am an attorney duly licensed to practice before all the
20  courts of this State, District and Circuit, and am the attorney of
21  record for the material witnesses in the above action, ADOLFO
22  GALVEZ-DE JESUS, ALBERTANO PANTALEON-NAJERA, FRANCISCO RAMIREZ-
23  VELASQUEZ and ANTONIO GALVEZ-DE JESUS.

24      I have personal knowledge of the facts set forth in this action
25  and could testify competently thereto if called.

26      My clients in this action have been in federal custody since
27  March 15, 2008 because they cannot locate anyone to post bond for
28  them.

1

1 | My clients entered the United States to find work to support
2 | family members at home in their country of origin.  Each day they
3 | remain in custody is an additional hardship on themselves and their
4 | families.
5 | Based on the above it respectfully requested that this motion
6 | be granted, that said depositions take place at the earliest
7 | possible time, and that my clients be allowed to voluntarily return
8 | home to their country of origin immediately thereafter.
9 | I declare under the penalty of perjury under the laws of the
10 | State of California that the foregoing is true and correct of my own
11 | personal knowledge except as to those matters stated to be based
12 | upon information and belief and, as to those matters, I am informed
13 | and believe that they are true and correct.
14 | Executed this 2nd day of April, 2008, in San Diego, California.

/ss/ Thomas G. Gilmore
THOMAS G. GILMORE, Attorney for
Material Witnesses

2