FILED
2008 APR 15 PM 2:16

BY_____ M_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1170 L |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., Secs. 111(a)(1) and (b) - Assault on a Federal Officer; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| MARTIN ORTIZ-CASTANEDA, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about March 15, 2008, within the Southern District of California, defendant MARTIN ORTIZ-CASTANEDA did knowingly and intentionally and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, namely, Department of Homeland Security, United States Customs and Border Protection Officer J. Griffin, while Officer Griffin was engaged in the performance of his official duties, and in

//

CJB:em(1):San Diego
4/14/08

committing such offense, in that defendant attempted to kick and elbow Griffin, fled from Griffin, threw a rock at Griffin, picked up a larger softball-sized rock and threatened to strike Griffin with it, and bit Griffin in the bicep and did thereby inflict bodily injury upon Officer Griffin; in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### Count 2

On or about March 15, 2008, within the Southern District of California, defendant MARTIN ORTIZ-CASTANEDA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Antonio Galvez-De Jesus, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 3

On or about March 15, 2008, within the Southern District of California, defendant MARTIN ORTIZ-CASTANEDA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Antonio Galvez-De Jesus, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

## Count 4

On or about March 15, 2008, within the Southern District of California, defendant MARTIN ORTIZ-CASTANEDA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Adolfo Galvez-De Jesus, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 5

On or about March 15, 2008, within the Southern District of California, defendant MARTIN ORTIZ-CASTANEDA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Adolfo Galvez-De Jesus, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

//
//
//
//
//
//

<u>Count 6</u>

On or about March 15, 2008, within the Southern District of California, defendant MARTIN ORTIZ-CASTANEDA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Albertano Pantaleon-Najera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

<u>Count 7</u>

On or about March 15, 2008, within the Southern District of California, defendant MARTIN ORTIZ-CASTANEDA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Albertano Pantaleon-Najera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

//
//
//
//
//
//

### Count 8

On or about March 15, 2008, within the Southern District of California, defendant MARTIN ORTIZ-CASTANEDA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Francisco Ramirez-Velasquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 9

On or about March 15, 2008, within the Southern District of California, defendant MARTIN ORTIZ-CASTANEDA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Francisco Ramirez-Velasquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

//
//
//
//
//
//

Count 10

On or about March 15, 2008, within the Southern District of California, defendant MARTIN ORTIZ-CASTANEDA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant MARTIN ORTIZ-CASTANEDA was removed from the United States subsequent to August 14, 2003.

DATED: April 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney