```
                                          FILED
                                     2008 JUN 18  PM 12: 52

                                     CLERK US DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY_____KNH_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Leo S. Papas)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MARTIN ORTIZ-CASTANEDA,<br><br>           Defendant. | CASE NO.   08CR1170<br>                 08MJ0843<br><br>ORDER RELEASING<br>MATERIAL WITNESSES |

On application of Thomas G. Gilmore, attorney for the material witnesses,

IT IS HEREBY ORDERED that the following named persons heretofore committed to the custody of the United States Marshal as material witness be released from custody (Deposition Taken) *DISPOSITION*:

1. ADOLFO GALVEZ-DE JESUS,

2. ALBERTANO PANTALEON-NAJERA,

3. FRANCISCO RAMIREZ-VELASQUEZ, and

/////

/////

/////

```
 1        4.   ANTONIO GALVEZ-DE JESUS
 2   DATED:  6/17/08
                                    _____
 3                                  UNITED STATES DISTRICT COURT JUDGE
                                              Magistrate
 4   Approved as to form:
 5   United States Attorney
 6
     by: _Christopher Alexander_____
 7   Assistant U.S. Attorney
 8
 9   Attorney for Defendant
10   _____
     Knut S. Johnson, Esq.
11
12   Defendant
13   Martin ortiz Castaneda
     MARTIN ORTIZ-CASTANEDA
14
```