UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>Plaintiff )<br>        )<br>        )<br>vs.     )<br>        )<br>Martin Ortiz-Castaneda )<br>        )<br>Defendant(s) )<br>_____) | CRIMINAL NO. 08cc1170<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Adolfo Galvez-De Jesus

DATED: 6/19/2008

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____           OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by /s/ 
         Deputy Clerk
K. HAMMERLY