UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08cr1170 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Martin Ortiz-Castaneda | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, Leo S. Papas

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Antonio Galvez-De Jesus

DATED: 6/19/2008

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by
Deputy Clerk
K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082