```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER M. ALEXANDER
    Assistant United States Attorney
 3  California State Bar No. 201352
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-7425
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

FILED
JUL 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 08cr1170-L |
|                                  ) | |
|                  Plaintiff,      ) | **STIPULATION** |
|                                  ) | |
|          v.                      ) | |
|                                  ) | |
| MARTIN ORTIZ-CASTANEDA,           ) | |
|                                  ) | |
|                  Defendant.      ) | |
|                                  ) | |
| _____) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher M. Alexander, Assistant United States Attorney, and defendant MARTIN ORTIZ-CASTANEDA, by and through and with the advice and consent of defense counsel, Knut Johnson, Esq., that:

    1.    Defendant agrees to enter into this stipulation and to participate in a full and complete inquiry by the Court into whether Defendant knowingly, intelligently, and voluntarily entered into it. Defendant agrees to plead guilty to Count 1 of the Indictment charging Defendant with Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a) and (b) and Count 2 of the Indictment charging Defendant with a mandatory minimum count of Bringing an Illegal Alien into the United States for Financial Gain, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii).

    2.    . Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the United States not later than noon on June 17, 2008.

3. Defendant agrees to plead guilty to Counts 1 and 2 pursuant to the plea agreement on or before 5:00 p.m. on June 20, 2008.

4. Material Witnesses Antonio Galvez-De Jesus, Adolfo Galvez-De Jesus, Albertano Pantaleon-Najera, and Francisco Ramirez-Velasquez:

   a. Are aliens with no lawful right to enter or remain in the United States;

   b. Entered or attempted to enter the United States illegally on March 15, 2008;

   c. Were found being guided into the United States by Defendant and that Defendant knew or acted in reckless disregard of the fact that the individuals were aliens with no lawful right to enter or remain in the United States;

   d. The aliens were paying money to Defendant's employers to be brought into the United States illegally and transported illegally to their destination therein; and,

   e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this motion, if Defendant does not plead guilty to the charge set forth above, Defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

   b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witnesses provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of unavailable witnesses; and,

   c. Understanding that under <u>Crawford v. Washington</u>, 541 U.S. 36 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness who made the

"testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witnesses in this case.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 6/17/08

*/s/ Christopher M. Alexander*
CHRISTOPHER M. ALEXANDER
Assistant United States Attorney

Dated: 6/17/08

*/s/ Knut Johnson*
KNUT JOHNSON
Defense Counsel for
MARTIN ORTIZ-CASTANEDA

Dated: 6-17-08

*/s/ Martin Ortiz Castaneda*
MARTIN ORTIZ-CASTANEDA
Defendant

---

**ORDER**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 7/14/08

*/s/ M. James Lorenz*
United States ~~Magistrate Judge~~ District Judge